Patricia Syverson (SBN: 203111)
psyverson@bffb.com
Bonnett Fairbourn Friedman & Balint, PC
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax: (602) 274-1199

Andrew S. Friedman (AZ 005425)
(*Pro Hac Vice*)
afriedman@bffb.com
Francis J. Balint, Jr. (AZ 007669)
(*Pro Hac Vice*)
fbalint@bffb.com
Bonnett Fairbourn Friedman
 & Balint, PC
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199

Adam M. Moskowitz (FL 984280)
(*Pro Hac Vice*)
adam@moskowitz-law.com
Howard M. Bushman (FL 0364230)
(*Pro Hac Vice*)
howard@moskowitz-law.com
Joseph M. Kaye (FL 117520)
(*Pro Hac Vice*)
joseph@moskowitz-law.com
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA DURKEE, individually and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC.,<br><br>    Defendant | Case No.: 19-CV-01071 AJB JLB<br><br>**JOINT STATUS REPORT** |

Plaintiff Andrea Durkee ("Plaintiff") and Defendant Alaska Airlines, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully file this joint status report with updated information in connection with the Court's March 21, 2020 Order staying this action.  ECF No. 30.

On March 17, 2020, the Parties jointly moved to stay this action pending ongoing negotiations of a global settlement of this and nine other similar actions involving airline and rail carriers. ECF No. 29. As explained in that motion, the negotiating parties contemplated submission of the global settlement for approval under Rule 23(e) in *Dolan v. JetBlue Airways Corp.*, No. 0:18-cv-62193-RS (S.D. Fla.). Final approval of the class settlement in *Dolan* would have resulted in the dismissal of this action.  On May 29, 2020, the Parties successfully finalized and executed a Stipulation of Class Action Settlement ("the Settlement Agreement"), which contemplated the filing of a Consolidated Complaint in *Dolan*.  On July 14, 2020, however, citing the progression of the case and the expiration of the deadline to amend in that case, the district court in *Dolan* declined to approve the filing of the Consolidated Complaint in *Dolan*. *Dolan* ECF No. 184.

After further discussions among the parties, and following a hearing before  The Hon. Mark E. Walker, Chief Judge for the United States District Court for the Northern District of Florida, the Parties are moving forward with a structure that contemplates a new Settlement Agreement that provides for consolidation of the claims and Rule 23(e)

review in *Foshee v. Delta Airlines, Inc.*, No 4:19-cv-00612-MW-MAF (N.D. Fla., Tallahassee Div.), which is assigned to Chief Judge Walker. The contemplated motion for preliminary approval of the new Settlement Agreement will therefore be filed in *Foshee* rather than *Dolan.*

The Parties are mindful of the Court's resources and the duration of the current stay that has been in place in this matter since March 21, 2020. ECF No. 30. Accordingly, the Parties respectfully propose to file their next status report within 10 days following Chief Judge Walker's ruling on the preliminary approval motion in *Foshee*.

Dated: August 24, 2020.

| **BONNETT FAIRBOURN FRIEDMAN & BALINT, PC** | **WINSTON & STRAWN LLP** |
|---|---|
| s/ *Patti Syverson* <br> Patricia Syverson (SBN: 203111) <br> psyverson@bffb.com <br> 600 West Broadway, #900 <br> San Diego, CA 92101 <br> Telephone: (619) 798-4292 <br> Fax: (602) 274-1199 <br><br> Andrew S. Friedman (Pro Hac Vice) <br> afriedman@bffb.com <br> Francis J. Balint, Jr. (Pro Hac Vice) <br> fbalint@bffb.com <br> **Bonnett Fairbourn Friedman & Balint, PC** <br> 2325 E. Camelback Road, Suite 300 <br> Phoenix, AZ 85016 <br> Telephone: (602) 274-1100 <br> Fax: (602) 274-1199 | s/ *Gayle I. Jenkins* <br> Gayle I. Jenkins (SBN: 168962) <br> gjenkins@winston.com <br> Megan L. Whipp (SBN: 319182) <br> mwhipp@winston.com <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071-1543 <br> Telephone: (213) 615-1700 <br> Facsimile: (213) 615-1750 <br><br> **STACK FERNANDEZ & HARRIS, P.A.** <br> Lazaro Fernandez, Jr. (Pro Hac Vice) <br> lfernandez@stackfernandez.com <br> 1001 Brickell Bay Drive, Suite 2650 <br> Miami, Florida 33131 <br> Telephone: (305) 371-0001 <br><br> *Attorneys for Defendant* |

Adam M. Moskowitz (Pro Hac Vice)
adam@moskowitz-law.com
Howard M. Bushman (Pro Hac Vice)
howard@moskowitz-law.com
Joseph M. Kaye (Pro Hac Vice)
joseph@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

Manfred P. Muecke (SBN: 222893)
mmuecke@manfredapc.com
**Manfred, APC**
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 550-4005
Fax: (619) 550-4006

*Attorneys for Plaintiff*