1  Patricia Syverson (SBN: 203111)
2  psyverson@bffb.com
   Bonnett Fairbourn Friedman & Balint, PC
3  600 West Broadway, #900
4  San Diego, CA 92101
   Telephone: (619) 798-4292
5  Fax: (602) 274-1199

6  Andrew S. Friedman (AZ 005425)      Adam M. Moskowitz (FL 984280)
7  (*Pro Hac Vice*)                    (*Pro Hac Vice*)
   afriedman@bffb.com                  adam@moskowitz-law.com
8  Francis J. Balint, Jr. (AZ 007669)  Howard M. Bushman (FL 0364230)
9  (*Pro Hac Vice*)                    (*Pro Hac Vice*)
   fbalint@bffb.com                    howard@moskowitz-law.com
10 Bonnett Fairbourn Friedman          Joseph M. Kaye (FL 117520)
11  & Balint, PC                       (*Pro Hac Vice*)
   2325 E. Camelback Road, Suite 300   joseph@moskowitz-law.com
12 Phoenix, AZ 85016                   The Moskowitz Law Firm, PLLC
13 Telephone: (602) 274-1100           2 Alhambra Plaza, Suite 601
   Fax: (602) 274-1199                 Coral Gables, FL 33134
14                                     Telephone: (305) 740-1423

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA DURKEE, individually and on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>ALASKA AIRLINES, INC.,<br><br>       Defendant | Case No.: 19-CV-01071 AJB JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Andrea Durkee ("Plaintiff") respectfully informs the Court that Plaintiff and Defendant Alaska Airlines, Inc., have reached a confidential settlement of Plaintiff's individual claims. Thus, Plaintiff hereby voluntarily dismisses her claims in this matter with prejudice and without prejudice to any putative class member.

Dated: August 23, 2021.

**Manfred, APC**

s/ *Manfred Muecke*
Manfred P. Muecke (SBN: 222893)
mmuecke@manfredapc.com
**Manfred, APC**
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 550-4005
Fax: (619) 550-4006

Patricia Syverson (SBN: 203111)
psyverson@bffb.com
**Bonnett Fairbourn Friedman
 & Balint, PC**
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax: (602) 274-1199

Andrew S. Friedman (Pro Hac Vice)
afriedman@bffb.com
Francis J. Balint, Jr. (Pro Hac Vice)
fbalint@bffb.com
**Bonnett Fairbourn Friedman
 & Balint, PC**
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199

| | |
|---|---|
| 1 | Adam M. Moskowitz (Pro Hac Vice) |
| 2 | adam@moskowitz-law.com |
|   | Howard M. Bushman (Pro Hac Vice) |
| 3 | howard@moskowitz-law.com |
|   | Joseph M. Kaye (Pro Hac Vice) |
| 4 | joseph@moskowitz-law.com |

Adam M. Moskowitz (Pro Hac Vice)
adam@moskowitz-law.com
Howard M. Bushman (Pro Hac Vice)
howard@moskowitz-law.com
Joseph M. Kaye (Pro Hac Vice)
joseph@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff*